457 A.2d 578

Commonwealth v. Smith, Gerald, Appellant.
Reargument Denied Feb. 11, 1983.

Argued October 21, 1981. Robert C. Fogelnest, for appellant; Kevin A. Hess, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

452 A.2d 1104

Commonwealth v. Staples, Appellant.

Submitted May 4, 1982. Richard B. Moore, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Order affirmed.